**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **STEVIE PEPPERS,** | |
| Plaintiff, | |
| vs. | **Case No. CIV-20-1257-G** |
| **SMURFIT KAPPA NORTH AMERICA, LLC,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff. The parties agree that each party shall each bear their own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED THIS 8TH DAY OF NOVEMBER, 2021.**

*s/Leah M. Roper*
Leah M. Roper, OBA #32107
THE CENTER FOR
EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: (405) 252-1180
leah@centerforemploymentlaw.com
ATTORNEY FOR PLAINTIFF

*s/Jonathan G. Rector*
Jonathan G. Rector, OBA No. 30691
Jessica L. Craft, OBA No. 31126
LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100
214.880.0181 (Fax)
jrector@littler.com
jcraft@littler.com
ATTORNEYS FOR DEFENDANT